# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ACUITY, A MUTUAL INSURANCE COMPANY,
      Plaintiff,

v.                                           Case No. 14-C-1385

ITY OF TEXAS, LLC,
      Defendant.

## ORDER

Upon review of the plaintiff's motion for a default judgment, **IT IS ORDERED** that such motion is **GRANTED** and that judgment be entered in favor of the plaintiff and against the defendant in the amount of $145,723.00.

Dated at Milwaukee, Wisconsin, this 26th day of January 2015.

                                                s/ Lynn Adelman
                                                _____
                                                LYNN ADELMAN
                                                District Judge